# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

ANTONY SEGUNDO LARRAZABAL-GONZALEZ,

      Petitioner,

v.                                       CIVIL ACTION NO.  2:26-cv-00049

CHRISTOPHER MASON, et al.,

      Respondents.

## ORDER TO SHOW CAUSE

On January 13, 2026, Petitioner Antony Segundo Larrazabal-Gonzalez was arrested and detained by Immigration Customs and Enforcement officers while travelling on Interstate 77.[1] [ECF No. 1, ¶ 8]. On January 22, 2026, Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. *Id.* ¶ 1. Petitioner is in his tenth day of detention, currently confined at South Central Regional Jail in Charleston, WV. *Id.* ¶¶ 1, 8. Petitioner seeks "immediate release from immigration detention, or in the alternative, an order directing Respondents to provide him with a constitutionally adequate custody hearing before a neutral decisionmaker with authority to assess the necessity of detention and to order release on appropriate conditions." *Id.* ¶ 2.

According to the Petition, Petitioner is a citizen and national of Venezuela and a noncitizen resident of the United States. *Id.* ¶¶ 1, 14, 15. He entered the United States in 2023, and lives in Atlanta, Georgia. *Id.* ¶ 15. Petitioner has also attended multiple Executive Office of Immigration Review ("EOIR") court dates, and he is scheduled to appear in Atlanta on October 19, 2026. *Id.*

---

[1] As alleged in the Petition, Petitioner was travelling with two other persons who were also stopped, arrested, and detained by ICE officers. One of those detainees is Ms. Damary Alejandra Rodriguez Flores, and she has a petition pending before this court in 2:26-cv-44.

Petitioner asserts that his confinement is "civil and administrative in nature" and that it is not based on any criminal conviction or charge. *Id.* ¶ 17. As of now, Petitioner asserts that no administrative judge or neutral decisionmaker has determined that his confinement is justified based on an individualized assessment. *Id.* ¶ 19–20. This confinement, Petitioner alleges, violates his Fifth Amendment Due Process Rights, the Immigration and Nationality Act, the Administrative Procedures Act, the Equal Protection Clause of the Fifth Amendment, and the Suspension Clause. *Id.* ¶¶ 36–67.

Petitioner also moves for the court to expeditiously resolve his habeas petition and enjoin Respondents from removing him outside the jurisdiction. [ECF No. 5]. By statute the court must quickly resolve this matter:

> A court, justice or judge entertaining an application for a writ of habeas corpus *shall forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto.

28 U.S.C. § 2243 (emphasis added). *See also* 28 U.S.C. § 1651 (All Writs Act); *Gonzalez-Pablo v. Mason*, 788 F. Supp. 3d 759 (S.D. W. Va. 2025) (Goodwin, J.).

Therefore, Petitioner's Motion for an Order to Show Cause, **[ECF No. 5],** is **GRANTED**. Accordingly, it is **ORDERED**:

(1) Respondents **shall not remove or facilitate the removal** of Petitioner from the Southern District of West Virginia pending further order of the court;

(2) Respondents shall file a written response to this Order on why the Petition for Writ of Habeas Corpus should not be granted by **Sunday, January 25, 2026;**

(3) Petitioner shall file a reply by **Monday, January 26, 2026, at 5:00 p.m.;**

(4) A hearing on the matter shall be scheduled for **Tuesday, January 27, 2026, at 10:30 a.m. in Charleston, WV** in front of this court; and

(5) Counsel for Petitioner shall ensure that Respondents are **IMMEDIATELY** served with the Petition, [ECF No. 1]; Petitioner's Motion, [ECF No. 5]; and this Order to Show Cause.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:        January 22, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE