# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

ANTONY SEGUNDO LARRAZABAL-GONZALEZ,

        Petitioner,

v.                              CIVIL ACTION NO.   2:26-cv-00049

CHRISTOPHER MASON, et al.,

        Respondents.

## JUDGMENT ORDER

The court **ORDERS** that judgment be entered in accordance with the Memorandum Opinion and Order entered in the above-styled matter and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:      January 28, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE